UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAURA MCCOLLUM,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK STRONG,<br><br>    Defendant. | CASE NO. C16-5552 RBL-DWC<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

  The Court, having reviewed plaintiff's Motion to Proceed *In Forma Pauperis*, does hereby find and ORDER.

  Plaintiff's declaration indicates that she is unable to afford the Court's filing fee or give security therefore.  Accordingly, plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 2) is GRANTED.  Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act.  The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff.  Plaintiff does not appear to have funds available to afford the $400.00 filing fee.  Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1

1  The Clerk is directed to mail a copy of this Order to Plaintiff.

2  Dated this 7th day of September, 2016.

*[signature]*

David W. Christel
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 2